**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JESUS MANUEL LUNA OLIVARES,

                Plaintiff,                      24 **CIVIL** 3148 (RWL)

      -v-                                      <u>**JUDGMENT**</u>

MARTIN J. O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated October 28, 2024, that this action be, and hereby

is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of

42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new

decision.

**Dated:**  New York, New York
        October 29, 2024

                                        **DANIEL ORTIZ**
                                _____
                              **Acting Clerk of Court**

           **BY:**            K. Mango

                                _____
                                  **Deputy Clerk**